

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
TAIWAN
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

KATELYNN GRAY
DIRECT DIAL: +1 212 471 4757
PERSONAL FAX: +1 212 202 6040
*E-MAIL:* KGray@duanemorris.com

*www.duanemorris.com*

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

August 21, 2017

**<u>VIA ECF</u>**

The Honorable Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

> Re:   **<u>Grapsas v. North Shore Farms Two, Ltd., 16-cv-0775 (DRH) (ARL)</u>**

Dear Judge Hurley:

We represent Defendant North Shore Market Place, LTD ("North Shore") ("Defendant"), incorrectly captioned as North Shore Farms Two, Ltd., in the above-referenced single plaintiff wage and hour matter.  We write this letter in response to Your Honor's Order dated May 11, 2017.  Pursuant to FRCP 25(a)(1), the parties have 90 days from May 10, 2017 (until August 8, 2017) to make a substitution of an appropriate person, under the law.  To date, the substitution of the party has not occurred.

For the foregoing reasons, Defendant respectfully requests the Court dismiss the case.

Respectfully submitted,

*/s/ Katelynn Gray*

Katelynn Gray

KMG